OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701   $ 000.27⁵
02 1W
0001401623 SEP 18 2015

9/16/2015
COLEMAN, TAVARIS DON          WR-83,802-01
Tr. Ct. No. 13-10-10974-CR(1)

This is to advise that your application for writ of habeas corpus has been dismissed. Conviction not final; mandate not issued at time application filed in trial court.    See Ex parte Johnson, 12 S.W.3d 472 (Tex. Crim. App. 2000).

Abel Acosta, Clerk

TAVARIS DON COLEMAN
TDC # 1954238

N3B 77002